IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


BOARD OF TRUSTEES OF BAY MEDICAL CENTER,
a special district of the state of Florida;
BAPTIST HOSPITAL, INC., a Florida not for profit
corporation; and
THE HEALTHCARE AUTHORITY OF THE CITY OF
HUNTSVILLE, an Alabama public corporation,
on their own behalf and on behalf of all
CLASS MEMBERS similarly situated,

    Plaintiffs,

v.        Case No. 5:03cv144/MCR

HUMANA MILITARY HEALTHCARE SERVICES, INC.,
a Delaware corporation;
OFFICE OF CIVILIAN HEALTH AND MEDICAL PROGRAM OF THE
UNIFORMED SERVICES and TRICARE MANAGEMENT ACTIVITY,
subdivisions of the
DEPARTMENT OF DEFENSE OF THE UNITED
STATES OF AMERICA; and
DONALD RUMSFELD,
in his official capacity as the Secretary of Defense for
the United States of America,

    Defendants.
_____/

**O R D E R**

By Order dated August 9, 2005, all proceedings in this cause were stayed pending appeal.  (Doc. 170).  The Court of Appeals For The Federal Circuit issued its mandate on June 26, 2006, affirming this court's decision.  (Doc. 198).  Accordingly, it is

ORDERED that the stay is hereby LIFTED and a Rule 16 conference shall be conducted in this matter before the undersigned on Thursday, August 3, 2006, 11:00 A.M.,

at the United States District Courthouse, One North Palafox Street, Courtroom 4 North, Pensacola, Florida.

**DONE and ORDERED** on this 13th day of July, 2006.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**