# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

BOARD OF TRUSTEES OF BAY MEDICAL
CENTER, et al.,

    VS                                          CASE NO.  5:03cv144/MCR/MD

HUMANA MILITARY HEALTHCARE
SERVICES INC.

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on    December 21, 2006
Type of Motion/Pleading: ...MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS FROM PLAINTIFF BAPTIST HOSPITAL, INC., AND MEMORANDUM OF LAW
Filed by: defendant/HMHS     on 12/21/06    Document  277
(  ) Stipulated/Consented/Joint Pleading
RESPONSES:
Plaintiff Baptist Hospital     on 12/29/06    Doc.# 280

                                          WILLIAM M. McCOOL, CLERK OF COURT

                                          /s/ C. Justice
                                          Deputy Clerk

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 8th day of January, 2007, that:

(a) The requested relief is DENIED.
(b) See Fed. R. Civ. P. 26(b)(3); the requested documents (an e-mail inquiry and responses) were clearly "prepared in anticipation of litigation" by a representative of the plaintiff, and defendant has not shown substantial need or undue hardship as the rule requires. The matter of an attorney's mental impressions becomes relevant *only* if the documents are ordered produced. Defendant's speculation that there may have been "improper communications," without substantive allegations of any such communications, is meaningless.
(c) To the extent that they support defendant's theory, Hudson v. General Dynamics Corp., 186 F.R.D. 271 (D.Conn 1999) and Dobbs v. Lamonts Apparel, Inc., 155 F.R.D. 650 (D.Alaska 1994) are unpersuasive. The e-mails in question were prepared and obtained in anticipation of litigation at the direction of counsel, and are not discoverable absent the requisite showings.

Entered On Docket: _____  By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

                                            /s/ Miles Davis
                                            MILES DAVIS
                                            UNITED STATES MAGISTRATE JUDGE

Document No.